UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN ARCHAGA-REYES,

              Petitioner,

   v.

JACK WARNER,

             Respondent.

Case No. C24-0231-JHC-SKV

ORDER GRANTING APPLICATION
TO PROCEED *IN FORMA PAUPERIS*

      This is a federal habeas action filed under 28 U.S.C. § 2254.  Petitioner has submitted an application seeking leave to proceed with this action *in forma pauperis* (IFP).  Petitioner's application demonstrates that he is unable to afford the $5.00 filing fee.  Petitioner's application to proceed IFP, Dkt. 3, is therefore GRANTED.  The Clerk is directed to file petitioner's petition for writ of habeas corpus without the prepayment of fees.  The Clerk is further directed to send a copy of this Order to petitioner.

      Dated this 1st day of March, 2024.

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING APPLICATION TO
PROCEED IN FORMA PAUPERIS - 1