UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN ARCHAGA-REYES,

          Petitioner,

    v.

JACK WARNER,

          Respondent.

Case No. C24-0231-JHC-SKV

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

Given the recent filing of a Notice of Appearance for Respondent, Dkt. 9, Petitioner's Motion to Stay and Abey Federal Habeas Proceedings, Dkt. 6, is herein RENOTED for consideration on **March 22, 2024**. Respondent shall respond to the motion on or before **March 18, 2024** and Petitioner may file a reply on or before the noting date.

Dated this 5th day of March, 2024.

          Ravi Subramanian
          Clerk of Court

          By: Stefanie Prather
          Deputy Clerk

MINUTE ORDER - 1