UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHRISTIAN ARCHAGA-REYES,<br><br>      Petitioner,<br><br> v.<br><br>JACK WARNER,<br><br>      Respondent. | Case No. C24-0231-JHC-SKV<br><br>ORDER GRANTING MOTION TO STAY AND DIRECTING STATUS UPDATES |

Petitioner, proceeding pro se and *in forma pauperis* in this habeas matter pursuant to 28 U.S.C. § 2254, moves to stay these proceedings until such time as he is able to exhaust his state court remedies. Dkt. 6. Respondent does not oppose a stay for the purpose of allowing Petitioner to attempt to exhaust his state court remedies. Dkt. 11. The Court now finds and concludes as follows:

 (1) The Motion to Stay and Abey Federal Habeas Proceedings, Dkt. 6, is GRANTED. This action is STAYED pending resolution of Petitioner's state court proceedings.

 (2) Within **thirty (30) days** after a state court issues a mandate or certificate of finality in the final state court proceeding addressing a federal ground for habeas relief, Petitioner shall file a motion to lift the stay in this action. The Court will thereafter lift the stay

and Respondent will file and serve an answer in this matter within **forty-five (45) days** of the dissolution of the stay.

    (3)    Petitioner is directed to file a report every **one hundred and twenty (120) days** informing the Court of the status of Petitioner's state court proceedings. The first status report is due on or before **July 24, 2024**, and shall include the state court cause numbers.

    (4)    Petitioner is advised that failure to file a status report or to inform the Court of the issuance of the above-described mandate or certificate of finality may result in dismissal of his petition in this Court.

    (5)    The Clerk shall send a copy of this Order to the parties and to the Honorable John H. Chun.

Dated this 26th day of March, 2024.

*[signature]*

S. KATE VAUGHAN  
United States Magistrate Judge