UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN ARCHAGA-REYES,

          Petitioner,

   v.

JACK WARNER,

          Respondent.

Case No. C24-0231-JHC-SKV

MINUTE ORDER

      The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

      Petitioner failed to file a second status report, due November 21, 2024, in this stayed habeas matter. *See* Dkt. 14 (March 26, 2024 Order directing filing of status report every 120 days). Petitioner is therefore ORDERED to file a report informing the Court of the status of his state court proceedings on or before **January 8, 2025**. Petitioner is advised that failure to comply with this Order may result in the dismissal of this matter.

      Dated this 18th day of December, 2024.

                                          Ravi Subramanian
                                          Clerk of Court

                                          By: Stefanie Prather
                                          Deputy Clerk