UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN ARCHAGA-REYES,

                Petitioner,

    v.

JACK WARNER,

                Respondent.

Case No. C24-0231-JHC-SKV

ORDER LIFTING STAY

       Petitioner, proceeding pro se and *in forma pauperis* in this habeas matter pursuant to 28 U.S.C. § 2254, filed a status report indicating he has exhausted his state court remedies and requesting that the Court lift the stay in these proceedings. Dkt. 17. The Court, having considered that request, now finds and concludes as follows:

       (1)    The request to lift the stay, Dkt. 17, is GRANTED. The stay in this matter is lifted and Respondent shall have **forty-five (45) days** from the date of this Order to respond to Petitioner's habeas petition by filing an answer to the petition. The answer will be treated in accordance with Local Civil Rule (LCR) 7(d)(4). Accordingly, on the face of the answer, Respondent shall note it for consideration no earlier than 28 days after filing. Petitioner may file

ORDER LIFTING STAY - 1

and serve a response no later than 21 days after the answer is filed, and Respondent may file and serve a reply no later than 28 days after the answer is filed.

    (2)    The Clerk shall send a copy of this Order to the parties and to the Honorable John H. Chun.

Dated this 14th day of January, 2025.

*S. Kate Vaughan*
S. KATE VAUGHAN
United States Magistrate Judge

ORDER LIFTING STAY - 2