1

2

3

4

5                          UNITED STATES DISTRICT COURT
                         WESTERN DISTRICT OF WASHINGTON
6                                   AT SEATTLE

7   CHRISTIAN ARCHAGA-REYES,

8                          Petitioner,              Case No. C24-0231-JHC-SKV

9           v.                                      ORDER GRANTING MOTION FOR
                                                    AN EXTENSION OF TIME TO FILE
10  JACK WARNER,                                    ANSWER

11                         Respondent.

12

13          Respondent's Motion for an Extension of Time to file an Answer, Dkt. 19, is

14  GRANTED.  Respondent shall file an answer on or before **March 31, 2025**.  The answer will be

15  treated in accordance with Local Civil Rule (LCR) 7(d)(4).  Accordingly, on the face of the

16  answer, Respondent shall note it for consideration no earlier than 28 days after filing.  Petitioner

17  may file and serve a response no later than 21 days after the answer is filed, and Respondent may

18  file and serve a reply no later than 28 days after the answer is filed.

19          Dated this 26th day of February, 2025.

20
                                                    _____
21                                                  S. KATE VAUGHAN
                                                    United States Magistrate Judge
22

23

ORDER GRANTING MOTION FOR AN
EXTENSION OF TIME TO FILE ANSWER - 1